**Motion Denied; Order filed September 5, 2019.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00049-CV

———————

**PARKWAY CHEVROLET, INC., Appellant**

**V.**

**PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY AND KRISTEN DUCHARME, Appellees**

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2014-51182**

## ORDER

Appellant's brief was originally due April 12, 2019. When appellant failed to file its brief, we issued three orders requiring appellant to file a brief with this court. In response, appellant filed motions to extend time to file the brief and we granted more than 90 days' extensions of time to file appellant's brief until August 28, 2019. When we granted the final extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On August 28, 2019,

counsel filed a further request for extension of time to file appellant's brief citing as an excuse "health, family matters, and other matters resulting in prior extensions." We deny the request and issue the following order.

We order appellant to file a brief with the clerk of this court on or before **September 20, 2019**. The court will entertain no further requests for extensions. If appellant does not timely file the brief as ordered, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Hassan.